PROB 12C
(6/16)

Report Date: July 9, 2020

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2020

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Georgie Elaine Russell         Case Number: 0980 1:16CR02006-EFS-6

Address of Offender:                              Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 2, 2017

Original Offense:    Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846; Theft From an Indian Tribal Government Receiving Federal Grants, 18 U.S.C. § 666(a)(1)(A); False Statements Regarding Federal Funding, 18 U.S.C. § 1001(a)(3);

Original Sentence:    Prison - 60 months;           Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  Ben Seal                      Date Supervision Commenced: September 13, 2019

Defense Attorney:     Katherine Westerman           Date Supervision Expires: September 12, 2024

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/30/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On July 2, 2020, Georgie Russell was indicted in the District of Montana, Great Falls Division. The offender was charged with the following federal crimes: Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.<br><br>On September 16, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Russell, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.<br><br>On July 8, 2020, this officer received notification from the Drug Enforcement Agency (DEA) that Ms. Russell was indicted on multiple federal charges in the District of Montana, Great Falls Division, on July 2, 2020. |

Prob12C
Re: Russell, Georgie Elaine
July 9, 2020
Page 2

According to the information obtained, on July 2, 2020, U.S. Magistrate Judge John Johnston issued a warrant for Ms. Russell's arrest that same date, which remains outstanding.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/09/2020

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

July 9, 2020

Date